# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEREMY JONES**  **PLAINTIFF**
**#138057**

v.   **CASE NO. 2:23-CV-00071-BSM**

**MARNI DICKERSON,** *et al.*   **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 5] is adopted and Jeremy Jones's complaint is dismissed without prejudice for failure to state a claim. This dismissal will count as a strike and an *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. §§ 1915(a)(3), 1915(g).

IT IS SO ORDERED this 27th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE