IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEREMY JONES**                                                                                       **PLAINTIFF**
**#138057**

v.                                       **CASE NO. 2:23-CV-00071-BSM**

**MARNI DICKERSON,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE