IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEREMY JONES**                                                                            **PLAINTIFF**
**#138057**

v.                     **CASE NO. 2:23-CV-00071-BSM**

**MARNI DICKERSON**, *et al.*                                                  **DEFENDANTS**

## ORDER

Jeremy Jones's motion for copies [Doc. No. 11] is granted. The clerk is directed to change Jones's address to 2400 State Farm Road, P.O. Box 240, Tucker, AR 72168 and send him a copy of the recommended disposition [Doc. No. 5], order adopting the recommended disposition [Doc. No. 8], judgment [Doc. No. 9], appellate filing fee notice [Doc. No. 10], and a copy of the docket sheet.

IT IS SO ORDERED this 13th day of November, 2023.

                                                                /s/ Brian S. Miller
                                                    UNITED STATES DISTRICT JUDGE